No. 219. AGRICULTURAL ASSOCIATION OF RÍO GRANDE, LOÍZA AND CAROLINA, PETITIONER, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 2. February 14, 1918. *Petition denied.*

---

No. 1234. PEOPLE, APPELLEE, *v.* OTERO, APPELLANT.—Gambling. Arecibo. February 18, 1918. *Affirmed.*

---

No. 1686. MÉNDEZ, PETITIONER AND APPELLEE, *v.* MARTÍNEZ, CONTESTANT AND APPELLANT.—Designation of heirs. Reconsideration. Aguadilla. February 18, 1918. *Reconsideration denied.*

---

No. 1799. PEOPLE, APPELLANT, *v.* FAJARDO, APPELLEE.—Debt. Mayagüez. February 21, 1918. *Appeal withdrawn.*

---

No. 220. ROMÁN, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. February 25, 1918. *Petition denied.*

---

No. 221. LÓPEZ, PETITIONER, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 1. February 28, 1918. *Petition denied.*

---

No. 1223. PEOPLE, APPELLANT, *v.* CASTELLÓ, APPELLEE.—Offense against Election Law. Mayagüez. March 4, 1918. *Reversed.*

---

No. 1224. PEOPLE, APPELLANT, *v.* LÓPEZ, APPELLEE.—Offense against Election Law. Mayagüez. March 4, 1918. *Reversed.*